THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v DWIGHT WILLIAMS, Defendant.—Motion to change venue of trial of indictment from Onondaga County denied. Memorandum: We conclude that defendant has not on this application

met his burden of demonstrating that there is "reasonable cause to believe that a fair and impartial trial cannot be had" in Onondaga County (CPL 230.20 [2]). If it develops during the voir dire that a fair and impartial jury cannot be drawn, an appropriate application may then be made. The relief requested in the application before us now is premature *(see, People v Di Piazza,* 24 NY2d 342; *People v Hatch,* 46 AD2d 721; *People v Sekou,* 45 AD2d 982, *appeal dismissed* 35 NY2d 844).* Present—Doerr, J. P., Boomer, O'Donnell, Pine and Schnepp, JJ. (Order entered Nov. 4, 1985.)